# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
March 19, 2019

Lyle W. Cayce
Clerk

No. 18-10444

MOHAMED ELHASSAN MOHAMED, as Next Friend for A.M., a Minor,

> Plaintiff - Appellant

v.

IRVING INDEPENDENT SCHOOL DISTRICT; DANIEL CUMMINGS, In His Individual Capacity; CITY OF IRVING; CHARLES TAYLOR; JEFF MITCHELL; ROBIN HOWMAN; OFFICER MILLER,

> Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:16-CV-2283

Before JOLLY, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

   This appeal involves allegations of racial and religious discrimination in violation of the Fourteenth Amendment and Title VI, allegations of arrest without probable cause in violation of the Fourth Amendment, and allegations of excessive force, also in violation of the Fourth Amendment based primarily upon the arrest and handcuffing of a fourteen-year-old student at MacArthur

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-10444

High School on charges of bringing a hoax bomb to school.  In disposing of this case on a motion to dismiss based on qualified immunity, the district court wrote an exceptionally thorough opinion, consisting of some fifty-nine pages, covering every detail of the facts and law implicated in this case.  After reviewing the briefs, pertinent portions of the record, and applicable law, we can find no error in the district court's grant of qualified immunity dismissing the complaint against the appellees.  Consequently, the judgment of the district court is AFFIRMED.  *See* 5TH CIR. R. 47.6.